## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-3918-GW(PLAx) | Date | August 17, 2017 |
|---|---|---|---|
| Title | *John Sloatman, III v. Dell Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE: SETTLEMENT**

On August 11, 2017, Plaintiff John Sloatman III filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for October 12, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on October 11, 2017.

|  | : |
|---|---|
| Initials of Preparer | JG |