JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SLOATMAN III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DELL INC,<br><br>Defendant. | Case No. CV 17-3918-GW(PLAx)<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 8th day of September, 2017

_____
GEORGE H. WU, U.S. District Judge

Order to Dismiss - 1